EXHIBIT A

A certain lot or parcel of land located northerly of but not adjacent to Straw Road in Gorham, Cumberland County, Maine, and being the northerly lot of the two lots shown on the Plan of a Private Way made for Ralph L. Low and Brenda J. Low by Robert P. Titcomb, Inc., as revised November 1, 1984 recorded at Cumberland County Registry of Deeds in Plan Book 145, Page 11.

Together with the right, in common with others, to use the private way as shown on said plan which runs from Straw Road to the lot conveyed above, for access on foot and by vehicle and for the installation of all domestic utility services for a residence on the above-described lot.



EXHIBIT

**A**