STATE OF MAINE      DISTRICT COURT
CUMBERLAND, SS      LOCATION: PORTLAND
     DOCKET NO. RE-2015-60

Federal National Mortgage Association

    Plaintiff      ORDER

    vs.      TITLE TO REAL ESTATE IS

First Magnus Financial Corporation      INVOLVED

    Defendant      MORTGAGED PREMISES:

Lorelle Courtois a/k/a Lorelle T.      45 Straw Road
Courtois and Alan A. LeBrecque      Gorham, ME 04038
    Parties-In-Interest      Book 25168, Page 287

This matter is before the Court on Plaintiff's Motion for Default Judgment and Judgment on the Pleadings. Having considered the pleadings, this Court finds that neither the Defendant, First Magnus Financial Corporation, nor the Parties-In-Interest Lorelle Courtois a/k/a Lorelle T. Courtois and Alan A. LeBrecque; have answered or otherwise appeared in this matter.

Accordingly, for good cause shown, it is hereby ORDERED that;

Plaintiff is GRANTED default judgment in this matter; and

This Court ORDERS, confirms and ratifies, *nunc pro tunc*, the transfer of the mortgage, dated June 4, 2007, and recorded in the Cumberland County Registry of Deeds in Book 25168, Page 287, as evidenced by the assignment from a) Mortgage Electronic Registration Systems, Inc., as nominee for First Magnus Financial Corporation dated June 2, 2014 and recorded in Book 31706, Page 316 and all the rights contained therein, including ownership, to Federal National Mortgage Association; and

The Plaintiff is the owner and holder of both the subject Note and Mortgage Deed, *nunc pro tunc* as of June 2, 2014 the date of the Mortgage Assignment to the Plaintiff recorded in Book 31706, Page 316.

Since the Party-In-Interest, Lorelle Courtois a/k/a Lorelle T. Courtois, was discharged in bankruptcy on September 22, 2015 ( Docket# 15-20470) this matter <u>does not</u> result in any personal liability on the part of Lorelle Courtois a/k/a Lorelle T. Courtois but is limited to in rem relief concerning title to the subject Mortgage and Note.

December 9, 2015      _____
     District Court
     Superior

A True Copy
Attest: _____
Clerk of Courts

Received
Recorded Register of Deeds
Jan 07,2016 03:09:05P
Cumberland County
Nancy A. Lane

STATE OF MAINE
Cumberland, ss. Clerk's Office
DEC 09 2015
RECEIVED

SEAL

EXHIBIT E